STATE OF NEW JERSEY v. FRANCISCO ROMAN.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BASIL ARCH.

July 7, 1971. Petition for certification denied.

THE BOARD OF EDUCATION OF NEWARK, *ETC.* v.
NEWARK TEACHERS UNION, *ETC.*, *ET AL.*

IN THE MATTER OF NEWARK TEACHERS UNION,
LOCAL 481, *ETC.*, *ET AL.*

IN THE MATTER OF JOAN STEVENS
CHARGED WITH CONTEMPT OF COURT.

July 7, 1971. Petition for certification denied. (See 114
*N. J. Super.* 306)